MISSED, for failure to prosecute in accordance with the rules.

Quonda M. WALKER, Petitioner,

v.

UNITED STATES POSTAL SERVICE,
Respondent.

No. 02–2095.

United States Court of Appeals,
Federal Circuit.

March 21, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for reviewbe, and the same hereby is, DIS-

MISSED, for failure to prosecute in accordance with the rules.

Karen A. MASSENGILL, Petitioner,

v.

DEPARTMENT OF DEFENSE,
Respondent.

No. 02–3–73.

United States Court of Appeals,
Federal Circuit.

March 21, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Robert MARSH, Petitioner,

v.

DEPARTMENT OF ENERGY, Respondent.

No. 02–3094.

United States Court of Appeals, Federal Circuit.

March 21, 2002.

ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1), and to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Joseph P. FAMA, Petitioner,

v.

DEPARTMENT OF LABOR, Respondent.

No. 02–3011.

United States Court of Appeals, Federal Circuit.

March 21, 2002.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

